IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH

| | |
|---|---|
| KENNETH STAFFORD, )<br>)<br>) | 2:17-CV-00749-MJH |
| Plaintiff, )<br>) | |
| vs. )<br>) | |
| TROOPER JOSEPH B. MORRIS;<br>TROOPER DANIEL HARRIS; TROOPER<br>JOSEPH YURAN; TROOPER RONALD<br>FLAGLEY; CORPORAL DANIEL<br>SINDLINGER; AND JOHN DOES 1-10 )<br>)<br>)<br>)<br>)<br>) | |
| Defendants, ) | |

ORDER

AND NOW, this 26th day of March, 2019, after careful consideration of the Amended Complaint (ECF No. 21); Defendants' Answer and Affirmative Defenses (ECF No. 26); Defendants' Motion for Summary Judgment, Brief in Support, Appendix, and Concise Statement of Material Facts (ECF Nos. 45-48); Plaintiff's Brief in Opposition, Plaintiff's Response to Defendant's Statement of Facts, and Plaintiff's Supplemental Statement of Facts (ECF No. 57); Defendants' Response to Plaintiff's Statement of Material and Disputed Facts (ECF No. 62); Defendants' Reply Brief (ECF No. 63); the arguments of counsel, and for the reasons stated in this Court's Opinion (ECF No. 66), it is hereby ordered as follows:

1. As regards, Defendants, Harris, Yuran, Flagley, and Sindlinger, Plaintiff has withdrawn claims against said defendants, and they are dismissed from the case with prejudice

2. As regards, Defendants, Morris, Defendants' Motion for Summary Judgment is GRANTED.

Judgment is entered in favor of Defendants and against Plaintiff as to all counts.

BY THE COURT:

_____
Marilyn J. Horan
United States District Judge

2